UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61369-CIV-DIMITROULEAS

JORGE SARDINAS,

Plaintiff,

v.

INFINITY AUTO INSURANCE COMPANY,

Defendant.

_____/

## ORDER OF TRANSFER TO THE MIDDLE DISTRICT OF FLORIDA

THIS CAUSE is before the Court upon a review of the record.  Plaintiff and Infinity

agree that the instant case should be transferred to Judge Berger in the Middle District of Florida

pursuant to the "first-to-file" rule, in order that this case be coordinated with *Junior v. Infinity*

*Auto Insur. Co.*, case no. 6:18-cv-1598-ORL-40-TBS (M.D. Fla.). *See* [DE 29].  The Court

agrees that a transfer to the Middle District of Florida is appropriate.

Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk is directed to

**TRANSFER** the above-styled case to the Middle District of Florida. The Clerk shall **CLOSE**

the case file in this district and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 21st day of January, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record

1