UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61369-CIV-DIMITROULEAS

JORGE SARDINAS,

    Plaintiff,

v.

INFINITY AUTO INSURANCE COMPANY,

    Defendant.

_____/

## ORDER STRIKING RENEWED MOTION TO DISMISS AND COMPEL APPRAISAL

THIS CAUSE is before the Court upon the Defendant's Renewed Motion to Dismiss and Compel Appraisal [DE 32] filed herein on June 8, 2020.  The Court is otherwise fully advised in the premises.

When the above captioned case was transferred back to the undersigned it was opened as a new case with the case number 20-cv-60296-WPD.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Renewed Motion to Dismiss [DE 32] is **STRICKEN.** Any renewed motion to dismiss shall be filed in the new docket 20-cv-60296-WPD *Sardinas v. Infinity Auto Insurance Company.*

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 10th day of June, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
All Counsel of Record